BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
APR 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-0056 EFB |
|---|---|
| Plaintiff, | [P~~ROPOSED~~] ORDER TO UNSEAL COMPLAINT |
| v. | |
| SERGIO VALENCIA-VALENCIA, | |
| Defendant, | |

The government's request to unseal the complaint and this case is GRANTED.

Dated: April 15, 2016

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge